**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\* \* \***

| | |
|---|---|
| ROBERT L. BETTS,            ) | |
| )| |
| Plaintiff,        ) | 2:10-cv-01135-LRH-LRL |
| ) | |
| v.                           ) | **O R D E R** |
| ) | |
| GET FRESH SALES, INC.,    ) | |
| ) | |
| Defendant.        ) | |
| _____ ) | |

Before the court is Jeffrey A. Dickerson's Motion to Withdraw (#17).  The court has considered the motion and defendant's Response (#18).

For good cause shown,

IT IS ORDERED that Jeffrey A. Dickerson's Motion to Withdraw (#17) as counsel for plaintiff is granted.

IT IS FURTHER ORDERED that all proceedings in this case are hereby stayed through October 31, 2010 to allow plaintiff adequate time to seek and retain new counsel.

IT IS FURTHER ORDERED that the stay shall automatically be lifted on November 1, 2010, whether plaintiff has retained new counsel or not.  If plaintiff is without counsel on November 1, 2010, he will be required to represent himself and to participate in the discovery process.

DATED this 15th day of September, 2010.

_____

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**v